BENJAMIN B. WAGNER
United States Attorney
Michael D. Anderson
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-00417 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| AARON ZEPEDA-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from November 2, 2010, to December 7, 2010, at 9:15 a.m.  They stipulate that the time between November 2, 2010 and December 7, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, defense counsel states that he has been diligently reviewing discovery provided by the government; however, he needs additional time to review the discovery with the defendant at the jail.  The parties

stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                  Respectfully Submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATE: October 29, 2010      By:  /s/ Michael D. Anderson
                                                    Michael D. Anderson
                                                    Assistant U.S. Attorney

DATE: October 29, 2010                 /s/ Michael D. Anderson for
                                                    Gilbert A. Roque
                                                    Attorney for Defendant

                                                  **SO ORDERED.**

DATE: October 29, 2010

                                                 LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT