GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ARON ZEPEDA-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-417-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER |
| vs. ) | TO CONTINUE |
| ) | STATUS CONFERENCE |
| ARON ZEPEDA-LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Arón Zepeda-López, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Michael D. Anderson, agree that the Status Conference set for December 7, 2010, at 9:15 a.m., be continued to January 4, 2011, at 9:15 a.m., in the courtroom of the Honorable Lawrence K. Karlton.

In addition, it is agreed that the Court should find excludable time through January 4, 2011, pursuant to Local Rule T-4, for continued attorney preparation.

Respectfully submitted,

DATED: December 2, 2010    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
ARON ZEPEDA-LOPEZ, Defendant

DATED: December 2, 2010    /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: December 3, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT