GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ARON ZEPEDA-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-CR-417-LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | TO CONTINUE STATUS CONFERENCE |
| ARON ZEPEDA-LOPEZ, | ) | |
| Defendant. | ) | |

Defendant Arón Zepeda-López, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Michael D. Anderson, agree that the Status Conference set for January 4, 2011, at 9:15 a.m., be continued to February 15, 2011, at 9:15 a.m., in the courtroom of the Honorable Lawrence K. Karlton.

In addition, it is agreed that the Court should find excludable time through February 15, 2011, pursuant to Local Rule T-4, for continued attorney preparation.

Respectfully submitted,

DATED: January 3, 2011        /s/ Gilbert A. Roque
                              GILBERT A. ROQUE, Attorney for
                              ARON ZEPEDA-LOPEZ, Defendant

DATED: January 3, 2011        /s/ Michael D. Anderson
                              MICHAEL D. ANDERSON
                              Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 4, 2011

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT