GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ARON ZEPEDA-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-417-LKK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | TO CONTINUE STATUS CONFERENCE |
| ARON ZEPEDA-LOPEZ, | |
| Defendant. | |

Defendant Arón Zepeda-López, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Michael D. Anderson, agree that the Status Conference set for February 15, 2011, at 9:15 a.m., be continued to March 15, 2011, at 9:15 a.m., in the courtroom of the Honorable Lawrence K. Karlton. Continued investigation is necessary and more discovery is forthcoming.

In addition, it is agreed that the Court should find excludable time through March 15, 2011, pursuant to Local Rule T-4, for continued attorney preparation.

Respectfully submitted,

DATED: February 14, 2011    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
ARON ZEPEDA-LOPEZ, Defendant

DATED: February 14, 2011    /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: February 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT