GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ARON ZEPEDA-LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-CR-417-LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| ARON ZEPEDA-LOPEZ, | ) | |
| Defendant. | ) | |

    Defendant Arón Zepeda-López, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Michael D. Anderson, agree that the Status Conference set for March 15, 2011, at 9:15 a.m., be continued to April 26, 2011, at 9:15 a.m., in the courtroom of the Honorable Lawrence K. Karlton. Continued attorney preparation and investigation are necessary.

    In addition, it is agreed that the Court should find excludable time through April 26, 2011, pursuant to 18:3161(h)(7)(B)(iv) and Local Rule T-4.

Respectfully submitted,

DATED: March 14, 2011    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
ARON ZEPEDA-LOPEZ, Defendant

DATED: March 14, 2011    /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: March 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT