BENJAMIN B. WAGNER
United States Attorney
Michael D. Anderson
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-00417 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| AARON ZEPEDA-LOPEZ, | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from April 26, 2011, to May 24, 2011, at 9:15 a.m. They stipulate that the time between April 26, 2011 and May 24, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties have been negotiating a resolution of the case and defense counsel needs additional time to review a proposed plea agreement with the defendant. The parties stipulate and agree that the

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                Respectfully Submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

DATE: April 25, 2011        By:  /s/ Michael D. Anderson
                                Michael D. Anderson
                                Assistant U.S. Attorney

DATE: April 25, 2011             /s/ Michael D. Anderson for
                                Gilbert A. Roque
                                Attorney for Defendant

                                **SO ORDERED.**

DATE: April 25, 2011

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT