1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  HANNAH R. LABAREE, Bar #294338
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   AARON ZEPEDA-LOPEZ
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | Case No.  2:10-cr-417 LKK |
12 |            Plaintiff,      | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
13 |     v.                     | |
14 | AARON ZEPEDA-LOPEZ,        | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
15 |            Defendant.      | |

17        Defendant, AARON ZEPEDA-LOPEZ, by and through his attorney, Assistant Federal

18 Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through

19 its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20        1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21 imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22 based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23 pursuant to 28 U.S.C. § 994(o);

24        2.     On August 23, 2011, this Court sentenced Mr. Zepeda-Lopez to a term of 168

25 months imprisonment;

26        3.     His total offense level was 33, his criminal history category was III, and the

27 resulting guideline range was 135 to 168 months;

28

4. The sentencing range applicable to Mr. Zepeda-Lopez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Zepeda-Lopez' total offense level has been reduced from 33 to 31, and his amended guideline range is 135 to 168 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Zepeda-Lopez' term of imprisonment to a total term of 135 months.

Respectfully submitted,

Dated:  August 31, 2016                     Dated:  August 31, 2016


PHILLIP A. TALBERT                          HEATHER E. WILLIAMS
Acting United States Attorney               Federal Defender


 /s/ *Jason Hitt*                            /s/ *Hannah Labaree*
JASON HITT                                  HANNAH R. LABAREE
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    AARON ZEPEDA-LOPEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Zepeda-Lopez is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 135 to 168 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2011 is reduced to a term of 135 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Zepeda-Lopez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   September 7, 2016

_____
UNITED STATES DISTRICT JUDGE