AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:10-cr-00417-KJM   Document 39   Filed 09/20/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
| v. | ) | Case No: 2:10-CR-00417-KJM |
| AARON ZEPEDA-LOPEZ | ) | |
| | ) | USM No: 19483-097 |

Date of Original Judgment: 08/23/11
Date of Previous Amended Judgment:

Hannah Labaree, Assistant Federal Defender

*(Use Date of Last Amended Judgment if Any)*     *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **168 months** **is reduced to** **135 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 9/9/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: September 19, 2016

UNITED STATES DISTRICT JUDGE

Effective Date:

District Judge Kimberly J. Mueller

*(if different from order date)*     *Printed name and title*